**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 129 MAL 2017
                        :
           Respondent      :
                        :    Petition for Allowance of Appeal from
                        :    the Order of the Superior Court
           v.                 :
                        :
                        :
LEON D. BODLE,                :
                        :
           Petitioner       :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.